IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
MAY 3 - 1994
THOMAS C. CAVER, CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 94-121-N |
| v. ) | [21 USC 841(a)(1); |
| ) | 18 USC 2] |
| JIMMY PICKETT and ) | |
| ADRIAN TALLEY ) | INDICTMENT |

The Grand Jury charges:

## COUNT I

That on or about April 7, 1994, in Montgomery, in the Middle District of Alabama,

JIMMY PICKETT and
ADRIAN TALLEY,

defendants herein, aiding and abetting each other, did knowingly and intentionally possess with intent to distribute more than 50 grams of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
Foreperson

Superseding
Indictment
filed 6-6-94

_____
torney