FILED

JUN 6 1994

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.
MONTGOMERY, ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 94-121-N |
| | ) | [21 USC 841(a)(1); |
| JIMMY PICKETT and | ) | 18 USC 2; |
| ADRIAN TALLEY | ) | 18 USC 1512(b)(1)] |
| | ) | |
| | ) | SUPERSEDING INDICTMENT |

The Grand Jury charges:

COUNT I

That on or about April 7, 1994, in Montgomery, in the Middle District of Alabama,

JIMMY PICKETT and
ADRIAN TALLEY,

defendants herein, aiding and abetting each other, did knowingly and intentionally possess with intent to distribute more than 50 grams of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

COUNT II

That on or about May 29, 1994, in Montgomery, in the Middle District of Alabama,

ADRIAN TALLEY,

defendant herein, did knowingly threaten Kenny Smith, by saying, "I ought to kill you right now, but I won't do it right now. It's gonna happen, if I don't do it, I'll send somebody else," or words

26

to that effect, with the intent to prevent the testimony of Kenny Smith in the criminal trial of Defendant Adrian Talley, in violation of Title 18, United States Code, Section 1512(b)(1).

A TRUE BILL:

_____
Foreperson

_____
Acting Foreperson

_____
D. BROWARD SEGREST
Acting United States Attorney

_____
CHARLES F. TESCHNER
Assistant United States Attorney

2