IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

FILED
FEB 7 1995
5:27 pm
CLERK
U.S. DIST. COURT
MIDDLE DIST. OF A~

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR.NO. 94-121-N |
| ) | |
| ADRIAN TALLEY ) | |

### JURY VERDICT

As to Count 1 of the Superseding Indictment, we, the Jury, find the defendant, ADRIAN TALLEY,

    GUILTY  __X__

    NOT GUILTY  _____

As to Count 2 of the Superseding Indictment, we, the Jury, find the defendant, ADRIAN TALLEY,

    GUILTY  _____

    NOT GUILTY  __X__

This the __7th__ day of February, 1995.

_Danny J. Pierce_
FOREPERSON

105