| | | | | | | | Mo. | Day | Yr. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO ☐ | 1232 | Assigned 2708 | ☐ WRIT ☐ JUVENILE | VS. | TALLEY, ADRIAN | | 05 | 03 | 94 | 94-00121-02 | |
| Misd. ☐ | | Disp./Sentence 2708 | ☐ ALIAS | | | | No. of Def's | 2 | U.S. MAG. CASE NO. ▶ 94-0065M.01 | | |
| Felony ☒ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD | | | | | | | |

| | U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. Y N/G |
|---|---|---|---|---|
| I. CHARGES | 21/841(a)(1) and 18/2 | Possession with intent to distribute cocaine base, a schedule II controlled substance; aid & abet. (Ct. 1) | 1 | |
| | 21/841(a)(1) and 18/2 | Possession with intent to distribute cocaine base, a Schedule II controlled substance; aiding and abetting (Ct. 1) | 1 | |
| | 18/1512(b)(1) | Threatening Kenny Smith to prevent his testimony (Ct. 2) | 1 | X |
| | | §2255 | | |
| | | SUPERSEDING COUNTS | | |

**II. KEY DATE**

| INTERVAL ONE | | END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) | | END INTERVAL TWO | |
|---|---|---|---|---|---|
| KEY DATE 4-8-94 EARLIEST OF | ☒ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint | KEY DATE 5-3-94 APPLICABLE | ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver | KEY DATE -- | a) ☐ 1st appears on pending charge /R40 b) ☐ Receive file R20/21 c) ☒ Supsdg ☒ Ind ☐ Inf d) ☒ Order New trial e) ☐ Remand f) ☐ G/P Withdrawn | KEY DATE 2-6-95 APPLICABLE | ☐ Dismissal ☐ Pled guilty After N.G. ☐ Nolo After nolo ☒ Trial (voir dire) began ☒ Jury ☐ N.J. |

| 1st appears with or waives counsel | ARRAIGNMENT 5-17-94 | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 2-7-95 | SENTENCE DATE 4-13-95 | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |

**III. MAGISTRATE**

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: ☐ DISMISSED |
|---|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR ☐ REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | 4-8-94 | 27BB | ☐ WAIVED ☐ NOT WAIVED | Tape Number | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | 4-8-94 | 27BB | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | | OFFENSE (In Complaint) Violation of 21 USC 841(a)(1); Knowingly and intentionally possess with intent to distribute cocaine base, a Schedule II Controlled Substance | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
1-Pickett

RULE ☐ ☐ ☐ : ☐
20  21  40  In  Out

**ATTORNEYS**
U.S. Attorney or Asst.
Redding Pitt, U.S. Attorney
Charles F. Teschner, Asst. U.S. Attorney

Defense: 1 ☒ CJA.   2 ☒ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non / Other.   6 ☐ PD.   7 ☐ CD

Bruce Maddox
~~P. O. Box 1667~~  445 So. Decatur St.
Montgomery, AL  36192
(205) ~~832-2550~~  264-7200
(retained)

Defendant's address:
~~4324 Gaston Av~~
~~Montg Al 36105~~
~~6-21-94  Bond revoked~~
~~Defendant detained~~

Incarcerated address:
Reg. No. 09341-002
P. O. Box 3000
Forrest City, Arkansas
                        72336

**BAIL • RELEASE**
PRE-INDICTMENT
Release Date
☐ Bail Denied   ☐ Fugitive
                ☐ Pers. Rec.
AMOUNT SET     ☐ PSA
$ 10,000        Conditions
Date Set        ☐ 10% Dep.
4-15-94         ☐ Surety Bnd
☐ Bail Not Made ☐ Collateral
Date Bond Made  ☐ 3rd Prty
4-15-94         ☒ Other

POST-INDICTMENT
Release Date
☐ Bail Denied   ☐ Fugitive
                ☐ Pers. Rec.
AMOUNT SET     ☐ PSA
$              Conditions
Date Set        ☐ 10% Dep.
                ☐ Surety Bnd
☐ Bail Not Made ☐ Collateral
Date Bond Made  ☐ 3rd Prty
                ☐ Other

| FINE AND RESTITUTION PAYMENTS | | | X | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER | |
| | | | | | | |

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO. | Yr. / Docket No. / Def. | | PAGE 1 OF | VI EXCLUDABLE DELAY | | |
|---|---|---|---|---|---|---|
| | 94  00121  02 | ☐ MASTER DOCKET - MULTIPLE DEFENDANT CASE<br>☒ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | | Start Date / End Date | Ltr. Code | Total Days |
| | Adrian Talley | | | | | |

| DATE | DOC NO. | (OPTIONAL) Show last names of defendants — V. PROCEEDINGS |
|---|---|---|
| 4-8-94 | 1 | COMPLAINT filed. |
| 4-8-94 | 2 | Warrant for Arrest issued by Magistrate Judge Carroll. |
| 4-8-94 | | INITIAL APPEARANCE before Magistrate Judge Carroll. |
| 4-8-94 | 4 | Government's **MOTION** for Detention Hearing. **GRANTED** 4/8/94. |
| 4-8-94 | 6 | Defendant's **FINANCIAL** Affidavit. |
| 4-8-94 | 8 | Courtroom Clerk's MINUTES of 4/8/94 Initial Appearance. Deft arrested on 4/8/94. |
| 4-8-94 | 10 | Magistrate Judge Carroll's **ORDER** setting **detention hearing** and **preliminary hearing** for **4/11/94** at 4:00 p.m., Montgomery. (Copies furnished USA, USM, USPTS, deft via USM.) |
| 4-8-94 | 12 | U. S. Marshal's return on warrant for arrest of defendant; executed 4-7-94. |
| 4-12-94 | 16 | Attorney Bruce Maddox's **notice of appearance** on behalf of defendant. |
| 4-12-94 | 17 | Defendant's **motion** to continue detention hearing. Referred to Magistrate Judge Carroll. **GRANTED** 4-13-94. |
| 4-13-94 | 18 | Magistrate Judge Carroll's **ORDER** that the preliminary/detention hearing is reset for 1:30 p.m., 4-15-94 in the 3rd floor courtroom. (Copies mailed to counsel; furnished: USA, USM, USPTS, Marie, Stan) |
| 4-15-94 | | **PRELIMINARY/DETENTION HEARING** held. |
| 4-15-94 | 24 | Magistrate Judge Carroll's **ORDER** setting forth conditions of release pending further proceedings. (Copies mailed to defendant, counsel; furnished: USA, USM, USPTS) |
| 4-15-94 | 25 | Received a $10,000.00 unsecured appearance bond executed before Magistrate Judge Carroll this date. (Copies mailed to defendant, counsel; furnished: USA, USM, USPTS) |
| 4-15-94 | 26 | Courtroom Deputy's Minutes of preliminary/detention hearing. |
| 5-3-94 | 1 | Indictment. (Case assigned to Judge Albritton.) |
| 5-4-94 | 3 | Summons issued for defendant's appearance at arraignment on 5/17/94 at 10:00 a.m., 2nd floor courtroom, before Magistrate Judge Charles S. Coody. |
| 5-9-94 | 5 | Marshal's **return** on execution of summons by certified mail on 5-7-94. |
| 5-11-94 | 7 | ARRAIGNMENT NOTICE (5-17-94, 10 a.m., 2nd floor). |
| 5-17-94 | | **ARRAIGNMENT.** Defendant appeared with counsel of record before Magistrate Judge Coody and entered a plea of not guilty. |

Excludable Delay entries:
- 4-8 / 4-8 — 1
- 4-12 / 4-12 — 1

CONTINUED TO PAGE 2

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET | U.S. vs | ADRIAN TALLEY | | NORTHERN DIVISION<br>94-00121-02 | |
| AO 256A | | page 2 | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued)<br>(Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 5-18-94 | 9 ORDER ON ARRAIGNMENT. Pretrial motions must be filed no later than ten days from this date. The government must file written responses to contested pretrial motions other than motions for discovery within ten days of the date motion is filed. Case set for 7-5-94 term. (Copies mailed to counsel; furnished USA.) | | | | |
| 5-19-94 | NOTICE to retained criminal defense attorneys mailed to: BRUCE MADDOX. | | | | |
| 5-25-94 | 10 Defendant's motion to suppress. Referred to Judge Albritton. DENIED 5-27-94. | | 5-25<br>5-27 | E | 3 |
| 5-25-94 | 11 Defendant's motion to compel disclosure of informers. Referred to Mag.Judge Coody. M/GRANTED IN PART; DENIED IN PART 6/3/94. | | 5-28<br>6-3 | E | 7 |
| 5-25-94 | 12 Defendant's motion and brief for discovery and exculpatory and impeaching material. Referred to Mag. Judge Coody. M/GRANTED IN PART; DENIED IN PART 6/3/94. | | | | |
| 5-25-94 | 13 Defendant's motion to permit further motions. Referred Mag.Judge Coody. DENIED 5-31-94. | | | | |
| 5-25-94 | 14 Defendant's motion for discovery and inspection of evidence favorable to the defendant; investigative reports of law enforcement agencies containing exculpatory matter. Referred to Mag.Judge Coody. M/GRANTED IN PART: DENIED IN PART 6/3/94. | | | | |
| 5-25-94 | 15 Defendant's motion to reveal information relating to any agreement, promises, ... to witnesses by U.S. Referred to Mag.Judge Coody. M/GRANTED IN PART; DENIED IN PART 6/3/94. | | | | |
| 5-25-94 | 16 Defendant's motion to transcribe grand jury minutes. Referred to Mag.Judge Coody. | | 6-4<br>6-24 | E | 21 |
| 5-25-94 | 17 Defendant's request for notice by the government of its intention to use evidence. Referred to Mag.Judge Coody. M/GRANTED IN PART; DENIED IN PART 6/3/94. | | | | |
| 5-27-94 | 18 ORDER denying defendant's motion to suppress filed 5-25-94. (Copies mailed to counsel; furnished USA, USM,USPTS,USPO.) EOD 5-27-94. | | | | |
| 5-27-94 | 19 Bruce Maddox's notice of withdrawal. Referred to Mag.Judge Coody. | | | | |
| 5-31-94 | 20 Mag.Judge Coody's ORDER denying at this time defendant's 5-25-94 motion to permit further motions. (Copies mailed to counsel and defendant; furnished USA,USM, USPTS,USPO.) SEE PAGE 3 | | | | |

SEE PAGE 3

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT — NORTHERN DIVISION
CRIMINAL DOCKET — ADRIAN TALLEY — PAGE 3 — 94-00121-02
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 5-31-94 | 21 Mag. Judge Coody's **ORDER** that the government file a response on or before 6-14-94 to defendant's motion to transcribe grand jury minutes. (Copies mailed to counsel and defendant; furnished USA, USM, USPTS, USPO.) | | | | |
| 5-31-94 | 22 Magistrate Judge Coody's **ORDER** that the government review and evaluate all evidence in its possession relating to this matter and respond to defendant's request for discovery (Doc.#11,12,14,15, and 17), within 10 days of the date of this order; that the response shall be made directly to counsel representing defendant in this cause and is not required to be filed with the court; that the motions referenced in this order be and are hereby GRANTED as to Rule 16 of F.R.C.P. and discovery of exculpatory material which the Constitution required be disclosed; that except as provided herein the motions be and are otherwise DENIED without prejudice to the filing of a motion to compel. (Copy mailed to counsel; furnished: USA, USPTS). | | | | |
| 6-3-94 | 23 **ORDER** directing parties to file any requested voir dire questions and any proposed jury instructions on or before June 27, 1994. (Copies mailed to counsel; furnished: USA, USPTS). | | | | |
| 6-6-94 | 25 TRIAL NOTICE MAILED (7-5-94 @ 10 a.m., Montgomery, AL); JUROR PROFILES NOTICE MAIELD TO COUNSEL; (Copy of Trial Notice mailed by CM/RRR to defendant; copy to counsel; furnished: USA, USM, USPTS). | | | | |
| 6-6-94 | 26 **SUPERSEDING INDICTMENT.** | | | | |
| 6-7-94 | 28 **Summons** issued for defendant's appearance at arraignment 6-21-94 at 10 a.m., 1st floor. | | | | |
| 6-8-94 | 30 ARRAIGNMENT **NOTICE** (6-21-94, 10 a.m., FIRST floor). | | | | |
| 6-10-94 | 33 U.S. Pretrial Services Officer's Petition for Action on Conditions of Pretrial Release. Referred to Judge Albritton. **GRANTED** 6-10-94. | | | | |
| 6-10-94 | 36 Warrant for arrest of defendant issued and delivered to U.S. Marshal for service. | | | | |
| 6-14-94 | 37 Marshal's **return** on execution of summons issued 6-7-94. Defendant served by certified mail 6-9-94 by service on Linda Talley. | | | | |
| 6-16-94 | 38 Attorney Bruce Maddox's **notice** of re-appearance. Referred to Mag. Judge Coody. | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| UNITED STATES DISTRICT COURT | | | NORTHERN DIVISION | | |
|---|---|---|---|---|---|
| CRIMINAL DOCKET | U.S. vs TALLEY, ADRIAN | | 94 | 00121 | 02 |
| AO 256A | | | Yr. | Docket No. | Def. |

| DATE | (Document No.) | PROCEEDINGS (continued) Page 4 | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 6-21-94 | | **ARRAIGNMENT.** Defendant appeared with counsel of record and entered a plea of not guilty. 10 days to file motions. | | | | |
| 6-21-94 | | **REVOCATION/DETENTION HEARING.** Testimony taken. Court orders detention pending trial. Written order to follow. | | | | |
| 6-21-94 | 39 | Courtroom Deputy's minutes, witness and exhibit lists. | | | | |
| 6-22-94 | 42 | Magistrate Judge Carroll's **ORDER ON ARRAIGNMENT** allowing defendant 10 days from the date of this order to file pretrial motions; directing the government to file written responses to all contested pretrial motions other than motions for discovery within 10 days of the date the motion is filed. (Copies furnished USA, USM & PTS; mailed to counsel.) | | | | |
| 6-22-94 | 42 | Magistrate Judge Carroll's **ORDER** that the defendant be committed to the custody of the Attorney General confinement in a corrections facility separate to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; that defendant be afforded reasonable opportunity for private consultation with counsel; and that on order of the court or on request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to a U.S. Marshal for his appearance at a court proceeding. (Copies mailed to counsel; furnished USA,USM,USPTS.) | | | | |
| 6-27-94 | 44 | Defendant's **motion** to continue trial. Referred to Judge Albritton. | 8-12 10-17 | | T | 66 |
| 6-27-94 | 45 | Government's requested **voir dire** questions. Referred to Judge Albritton. | | | | |
| 6-27-94 | 46 | Government's requested **jury instructions** (Nos. 1-13). Referred to Judge Albritton. | | | | |
| 6-28-94 | 47 | U. S. Marshal's return on Warrant for arrest; executed 6/21/94. | | | | |
| 6-30-94 | 49 | Defendant's **amended motion** to continue trial. Referred to Judge Albritton. **M/GRANTED 7/5/94.** | | | | |
| 6-30-94 | 50 | Defendant's **WAIVER** of speedy trial. Referred to Judge Albritton. | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| DATE | PROCEEDINGS (continued)    Page 5<br>(Document No.) | V. EXCLUDABLE DELAY<br>(a) \| (b) \| (c) \| (d) |
|---|---|---|
| 7-5-94 | 51  **ORDER** granting defendant's amended motion for continuance of trial; that **trial** is hereby **reset** during this court's next criminal term, which begins **October 17, 1994.** (Copies mailed to counsel; defendant; furnished: USA, USM, USPO, USPTS). | |
| 9-8-94 | 66  **ORDER** DIRECTING the parties to file any requested voir dire questions and any proposed jury instructions on or before 10/10/94. (Copy mailed to counsel; furn. USA.) | |
| 9-12-94 | 67  TRIAL NOTICE MAILED (10/17/94 @ 10 a.m., second floor courtroom, Montgomery, AL); JUROR PROFILES NOTICE & Clothing NOtice mailed. (Copies mailed to counsel; defendant; furnished: USA, USM, USPTS). | |
| 10-6-94 | 71  Defendant's **jury venire questions(voir dire)**.  Referred to Judge Albritton. | |
| 10-6-94 | 72  Defendant's requested **jury instructions** (Nos. 1-15). Referred to Judge Albritton. | |
| 10-17-94 | Jury selected; trial begun.    MISTRIAL DECLARED. | |
| 10-17-94 | 73  Courtroom deputy's **minutes** of trial proceedings; witness list; exhibit list.  [EXHIBITS RETURNED TO USA.]<br>10-17-94 Deft's oral **motion** for mistrial. **GRANTED 10-17-94.**<br>10-17-94 Deft's oral **motion** to be continued on bond.  **DENIED 10-19-94.**<br>    JURY DISMISSED.  CASE TO BE RESET FOR TRIAL. | |
| 10-18-94 | Court Reporter Jimmy Dickens' **transcript** of detention hearing 6-21-94 before Magistrate Judge John L. Carroll. | |
| 10-18-94 | 74  **ORDER** on mistrial 10-17-94, resetting jury selection on 11-28-94 at 10 a.m. and for trial during that week. The parties shall submit any additional voir dire questions and proposed jury instructions on or before 11-21-94.  (Copies furnished USA,USM,USPTS,USPO,Marie, Curtis,Brenda,Ern.) | |
| 10-19-94 | 75  **ORDER** affirming Magistrate Judge's order of 6-22-94 and detention of the defendant under the terms of that order pending trial is continued.  (Copies mailed to counsel; furnished USA,USM,USPTS,USPO.)  EOD 10-19-94. | |
| 11-1-94 | 78  TRIAL **NOTICE** (11-28-94, 10 a.m., FIRST floor courtroom) to deft. rm and cmrrr; to defense counsel rm with juror profile NOTICE; NOTICE re: clothing attire of deft. in custody.  Copies furnished USM,USPTS,USPO, and USA [w/notices]. | |
| 11-22-94 | Court Reporter Lewis Wimberley's **transcript** of jury selection and trial 10-17-94. | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET — U. S. vs ADRIAN TALLEY

AO 256A • page 6

94-121-N

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDAB (a) | (b) |
|---|---|---|---|
| 11-28-94 | 81  Defendant's **motion** to sever defendants. Referred to Judge Albritton. **DENIED 1-19-95.** | | |
| 11-28-94 | 82  Defendant's **motion** to continue trial. Referred to Judge Albritton. **M/GRANTED 11/29/94.** | | |
| 11-28-94 | **HEARING** on pending motions. JIMMY DICKENS, Court Reporter. | | |
| 11-29-94 | 83  ORDER granting defendant's motion for continuance of Trial; that defendants are given until 12/8/94, to file any motions they may wish to file; those motions and defendants' motions to sever will then be set for a hearing. (Copy mailed to counsel; furnished to: USA, USM, USPO, USPTS, Ernestine, Marie). | | |
| 11-29-94 | 85  Courtroom deputy's **minutes** of hearing 11-28-94 on pending motions.<br>11-28-94  Deft. orally WAIVES right to a speedy trial. Motion to continue trial **GRANTED.** | | |
| 11-7-94 | 86  Defendant's **motion** to suppress. Referred to Judge Albritton. **DENIED 1-19-95.** | | |
| 12-9-94 | 88  **ORDER** setting defendants' motions to suppress and motions to sever for hearing on Thursday, 12-22-94 @ 9:00a.m. in the fourth floor courtroom, U.S. Courthouse, Montgomery, AL. (Copies mailed to counsel; furnished: USA, USM, USPO, USPTS, Marie, Ern.) | | |
| 12-21-94 | 89  Defendant's **motion** to continue suppression hearing. Referred to Judge Albritton. **GRANTED 12-21-94.** | | |
| 12-21-94 | 90  **ORDER** granting defendants' motion to continue suppression hearing and RESETTING hearing for Wednesday, January 4, 1995, at 3:00 p.m., fourth floor courtroom. (Copies mailed to counsel; furnished USA,USM,USPTS,USPO.) | | |
| 1-4-95 | **Hearing** on pending motions. COURT REPORTER: **Lewis Wimberley.** | | |
| 1-4-95 | 91  Courtroom deputy's **minutes** of hearing 1-4-95; witness list; exhibit list. [DEFT. TALLEY'S EXHIBITS IN SEPARATE FOLDER WITH COURT FILE.] | | |
| 1-9-95 | 93  Government's **brief** in support of denial of defendants' motion to sever. Referred to Judge Albritton. | | |
| 1-9-95 | 94  Defendant's **brief** in support of motion to sever. Referred to Judge Albritton. | | |
| 1-19-95 | 95  **ORDER** denying defendants' motions to suppress. (Copies mailed to counsel; furnished USA,USM,USPTS,USPO.) EOD 1-19-95. | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  TALLEY, ADRIAN        PAGE 7          94-121-N
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1-19-95 | 96  ORDER denying defendants' motions to sever. (Copies mailed to counsel; furnished USA,USM,USPTS,USPO.) EOD 1-19-95. | | | | |
| 1-25-95 | 97  Government's requested jury instructions 1 through 14. Referred to Judge Albritton. | | | | |
| 2-3-95 | 102 Defendant's motion to adopt pleading of co-defendant, Jimmy Pickett for reconsideration/to alter, amend or vacate orders denying defendants' motion to suppress and motion to sever and memorandum brief in support thereof. Referred to Judge Albritton. MOTION TO ADOPT GRANTED; MOTION FOR RECONSIDERATION,ETC.DENIED 2-6-95. (Copies mailed counsel; furn.USA.) | | | | |
| 2-6-95 | Jury selected; trial commenced. | | | | |
| 2-7-95 | 103  Note from the jury. | | | | |
| 2-7-95 | 105  Jury verdict of guilty as to Count 1; and not guilty as to Count 2. | | | | |
| 2-7-95 | 107  ORDER setting sentencing on 4-13-95 at 9 a.m. On or before 3-21-95 counsel shall communicate in writing to the probation officer any objections to presentence report. Parties shall be available for a conference with the probation officer on 3-23-95 at 10 a.m. unless excused in writing by the chief probation officer. (Copies mailed to counsel; furnished USA,USM,USPTS,USPO.) | | | | |
| 2-7-95 | 108  Courtroom deputy's minutes of trial proceedings Feb. 6-7, 1995; witness list; exhibit lists. [EXHIBITS 1 and 2 RETURNED TO U.S.; REMAINING EXHIBITS IN SEPARATE ENVELOPE WITH COURT FILE.] 2-7-95 Deft.Pickett's oral motion to dismiss charges. MOTION DENIED 2-7-95. 2-7-95 Deft. Talley's oral renewal of motion to suppress. DENIED 2-7-95. 2-7-95 Deft. Talley's oral motion for judg. of acquittal. MOTION DENIED 2-7-95. LEWIS WIMBERLEY, Court Reporter. | | | | |
| 2-16-95 | 109  SENTENCING NOTICE MAILED (4/13/95 @ 9 a.m., 4th Floor Courtroom, Montgomery, AL). (Copies mailed to counsel; defendant; furnished to: USA,USM, USPO). | | | | |
| 4-13-95 | 113 ORDER that the presentence report be filed with the Clerk under seal; if case is appealed, the report shall be transmitted under seal to the appellate court. As set out in order, parties may see the report if case is appealed. (Copies furnished USA, USM & PO; mailed to counsel and defendant.) | | | | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs   ADRIAN TALLEY   94-121-N

AO 256A    page 8    Yr. | Docket

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE (a) (b) |
|---|---|---|
| 4-13-95 | 114  Presentence **report** filed under seal. | |
| 4-13-95 | Sentence. LEWIS WIMBERLEY, COURT REPORTER. | |
| 4-18-95 | 116  **JUDGMENT AND COMMITMENT**: Defendant was found guilty on Count I after a plea of not guilty; defendant was acquitted on Count II. Ordered that the defendant pay to the Clerk a special assessment fee of $50 on Count I, which shall be due immediately. Defendant is hereby committed to the custody of the BOP to be imprisoned for a term of 160 months; defendant is to stand committed for service of this sentence this date. Upon release from imprisonment, the defendant shall be on supervised release for a term of five (5) years. While on supervised release, the defendant shall not commit another federal, state, or local crime; whall comply with the standard conditions that have been adopted by this court; and shall comply with the following additional conditions: (1) that defendant shall report in person to the Probation Office in district where defendant is released within 72 hours of release from the custody of the BOP; (2) if a fine, etc. is imposed it shall be a condition of supervised release; (3) defendant shall not own or possess a firearm or destructive device; (4) that defendant shall submit to a drug test when ordered to do so by a Probation Officer. Fine is waived and no restitution is ordered. This sentence is within the guideline range. EOD: 4-18-95 (Copies mailed to counsel , defendant and voter registrar; furnished: USA, USM, USPO, USPTS, Copy placed in vault). | |
| 4-20-95 | 117  **Notice of Appeal** by Adrian Talley to the U.S. Court of Appeals, Eleventh Circuit from the final orders entered in this action on 2/7/95 & 4/13/95. (Copies mailed to Bruce Maddox, Esq., with appeal information sheet & criminal docketing statement; Charles F. Teschner, AUSA; Lewis Wimberley, Court Reporter; & certified copy to the USCA with copies of orders appealed from and docket entries.) | |
| 4-20-95 | Notice of Appeal docketed & transmitted to USCA, Eleventh Circuit; Re: [117-1] appeal by Adrian Talley. | |
| 4-20-95 | 118  Defendant's **Motion** for Leave to Appeal In Forma Pauperis. Referred to Judge Albritton. **MOTION GRANTED** 4/25/95 | |

Interval (per Section II) | Start Date / End Date

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued)    Page 9 (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 4-25-95 | 121  Defendant's **Affidavit** in Support of [118-1] Motion to Proceed on Appeal In Forma Pauperis. referred to Judge Albritton. | |
| 4-25-95 | Stamped Order granting [118-1] Motion to Proceed on Appeal In Forma Pauperis. (Copies mailed to Counsel, USCA; Furn: USA, USPO.) | |
| 5-4-95 | USCA Case No. 95-6325; Re: [117-1] appeal by Adrian Talley. | |
| 5-12-95 | 123  Marshal's return on Judgment and Commitment executed 5-3-95 by delivering defendant to FCI Talladega. | |
| 6-5-95 | Mailed CJA-24 voucher to Attorney Bruce Maddox for signature. Received returned CJA-24 voucher from Attorney Bruce Maddox 6/14/95. Referred to Judge Albritton. | |
| 6-16-95 | 124  CJA-24 voucher. [Re: Lewis Wimberley] | |
| 6-28-95 | Court Reporter Lewis Wimberley's official transcript of Sentence Hearing held 4/13/95 before Hon. W. Harold Albritton. | |
| 7-11-95 | Received $25 partial assessment fee through BOP. | |
| 7-12-95 | Court Reporter Lewis Wimberley's official transcript of February 6 & 7, 1995 Trial on the Merits held before Hon. W. Harold Albritton. | |
| 7-20-95 | Copies of transcripts picked up by Attorney Bruce Maddox. | |
| 7-21-95 | CJA-24 voucher approved for payment in the amount of $54.00 by Hon. W. Harold Albritton. Re: Lewis Wimberley | |
| 8-21-95 | Certificate of Readiness of Record on Appeal mailed to USCA, Eleventh Circuit & Counsel. | |
| 10-20-95 | 126  Defendant's **Motion** to Supplement the Record on Appeal with Suppression Hearing held 1/4/95.  referred to Judge Albritton. | |
| 10-31-95 | Stamped **ORDER** granting [126-1] motion to Supplement the Record on Appeal. (Copies mailed to Counsel, USCA; furn: USA.) | |
| 10-31-95 | 128  CJA-24 voucher forwarded to Court Reporter. | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U. S. vs ADRIAN TALLEY   94-121-N
AO 256A

| DATE | PROCEEDINGS (continued) — (Document No.) — Page 10 | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 12-7-95 | Court Reporter's transcript of Hearing on Motions To Suppress & Motions to Sever held 1/4/95 before the Hon. W. Harold Albritton. | |
| 12-7-95 | Certificate of Readiness of FIRST SUPPLEMENT to Record on Appeal mailed to USCA, Eleventh Circuit & Counsel. | |
| 12-14-95 | Received $25.00 final assessment fee through BOP. | |
| 12-19-95 | CJA-24 voucher approved for payment in the amount of $237.00 by Hon. W. Harold Albritton. Re: Lewis Wimberley. | |
| 1-30-96 | 129 SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION. | |
| 3-18-96 | Received request from USCA, 11th Circuit for ROA. | |
| 3-20-96 | Entire Record on Appeal (1 volume pleadings, 9 volumes transcripts, 4 envelopes exhibits(includes SEALED PSI Report) picked up by UPS for delivery to USCA, Eleventh Circuit at request of Deborah Owens. | |
| 3-25-96 | Acknowledgement from the USCA of Receipt of Record on Appeal. | |
| 4-23-97 | PER CURIAM OPINION: (rendered 3/21/97) of the U.S. Court of Appeals, Eleventh Circuit. | |
| 4-23-97 | 131 JUDGMENT BY USCA (rendered 3/21/97, is issued as the mandate: 4/22/97) AFFIRMING the judgment & conviction of the District Court. | |
| 4-23-97 | Entire Record on Appeal ( 1 volume pleadings, 9 volumes transcripts, 4 envelopes exhibits (includes SEALED PSI) returned by USCA, Eleventh Circuit. | |
| 3-23-98 | 132 Petitioner's **motion** to vacate, set aside or correct sentence under 28 U.S.C. § 2255. Referred to Magistrate Judge Coody/Anderson. | |
| 3-25-98 | 133 Magistrate Judge Coody's **ORDER** directing the Clerk to serve a copy of the 2255 motion on the USA and ordering the USA to file an answer to the motion within 20 days from date of this order, as set out in order. (Copies furnished USA w/motion; USPO; mailed to deft.) EOD 3-25-98. | |
| 3-31-98 | 134 Government's **answer** to motion under §2255. Referred to Magistrate Judge Coody. | |

Interval (per Section II)  Start Date / End Date  Ltr. Code  Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) — (Document No.) | Page 11 | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| 4-6-98 | 135 Magistrate Judge Coody's **ORDER** that on or before 4/27/98, defendant may file a response to the answer filed by the respondents; that defendant is specifically cautioned that if he fails to file a response to the answer within the time allowed by the court, the court thereafter will proceed to consider the merits of the petition pursuant to Rule 8(a). The court will not consider any documents or evidence filed by defendant after 4/27/98, except in exceptional circumstances. (Copy mailed to: Petitioner; furnished to: USA, USM, USPO, ERNESTINE). **VACATED PER ORDER DATED 4/9/98.** | | |
| 4-7-98 | 136 Petitioner's **motion** to supplement and amend the record. Referred to Magistrate Judge Coody. **CONSTRUED BY COURT AS A MOTION TO AMEND §2255 MOTION.** | | |
| 4-9-98 | 137 Magistrate Judge Coody's **ORDER** that in light of the motion filed by defendant on 4/7/98, it it is Ordered that the Order entered on 4/6/98 be and is hereby VACATED. (Copy mailed to: Petitioner; furnished to: USA, USM, USPO, Ernestine). | | |
| 4-9-98 | 138 Magistrate Judge Coody's **ORDER** that the court construes defendant's motion, filed on 4/7/98, as a motion to amend his §2255 motion; that said motion to Amend is Granted; that within 20 days from teh date of this Order, the U. S. Attorney shall file a supplemental answer addressing the claims raised by defendant in the amendment to his motion. (Copy mailed to: Petitioner; furnished to: USA, USM, USPO, Ernestine). | | |
| 4-13-98 | 139 Petitioner's **motion** for enlargement of time to file traverse to government's answer. Referred to Magistrate Judge Coody. **DENIED AS MOOT 4-14-98.** | | |
| 4-14-98 | 140 Magistrate Judge Coody's **ORDER** denying as moot the defendant Talley's 4/13/98 motion for extension of time. (Copies mailed to petitioner; furnished USA, USPO.) EOD 4-14-98. | | |
| 6-15-98 | 141 Petitioner's **traverse** in response to the Government's motion in opposition. Referred to Magistrate Judge Coody/law clerk | | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET — U.S. vs TALLEY, ADRIAN

AO 256A

94-00121-02
Yr. | Docket No. | Def.

NORTHERN DIVISION

| DATE | PROCEEDINGS (continued)    Page 12 | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| | (Document No.) | |
| 6-16-98 | 142  Magistrate Judge Coody's **ORDER** that on or before June 30, 1998, the United States shall show cause why it has failed to file a supplemental answer as Ordered by this court on April 9, 1998; that the U. S. shall file a supplemental answer in compliance with the order entered on April 9, 1998. (Copy mailed to: Petitioner; furnisehd to: USA, USM, USPO, Ern). | |
| 6-19-98 | 143  Government's **response/answer** to §2255 motion. Referred to Magistrate Judge Coody/law clerk. | |
| 7-7-98 | 144  Magistrate Judge Coody's **ORDER** that on or before 7-27-98 defendant may file a reply to the response filed by the U.S. as set out in order. (Copies mailed to defendant; furnished USA,USPO,USPO.) EOD 7-7-98. | |
| 7-13-98 | 145  Petitioner's **motion** for enlargement of time to file response to the government's answer. Referred to Magistrate Judge Coody/law clerk. **GRANTED 7-16-98.** | |
| 7-13-98 | 146  Petitioner's **motion** for inclusion of supplemental answer in traverse. Referred to Magistrate Judge Coody/law clerk. **Granted 7-16-98.** | |
| 7-16-98 | 147  MaGISTRATE Judge Coody's **ORDER** granting defendant an extension to and including 8-13-98 to file a response to the order entered 7-7-98. (Copies furnished USA, USM,USPTS,USPO.) EOD 7-17-98 Mailed to defendant. | |
| 7-16-98 | 148  Magistrate Judge Coody's **ORDER** granting defendant's motion for inclusion of supplemental response in traverse filed 7-13-98. (Copies furnished USA, USM,USPTS,USPO; mailed to defendant.) EOD 7-17-98. | |
| 8-14-98 | 149  Petitioner's **traverse** in response to the government's motion in opposition. Referred to Magistrate Judge Coody/Anderson.**(CONSTRUED BY 8/24/98 ORDER AS MOTION TO AMEND)  MOTION GRANTED 8/24/98** | |
| 8-14-98 | 150  Petitioner's show cause and actual prejudice motion for procedural error. Referred to Magistrate Judge Coody/Anderson. | |

Interval | Start Date | Ltr. | Total

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued)  Page 13 (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 8-24-98 | 151  Magistrate Judge Coody's ORDER construing defendant's response as a motion to amend; GRANTING motion to amend; that within 20 days of service of this order on the USA, the Government shall file a supplemental answer addressing the petitioner's claims of ineffective assistance of counsel as his allegation that counsel's ineffectiveness establishes cause and prejudice for his procedural default. (Copies mailed to defendant; furnished to USA, USM, USPO, USPTS) | | | | |
| 9-14-98 | 152  Government's **answer** to court's order to respond to amended motion under 28 USC 2255. Referred to Magistrate Judge Coody/Anderson. | | | | |
| 9-16-98 | 153  Magistrate Judge Coody's **ORDER** that on or before 10-4-98 the U.S. shall file a supplemental answer which addresses the defendant's claim "that counsel was ineffective for failing to present the sufficiency claim . . . on direct appeal and that such ineffectiveness establishes 'cause' for his procedural default." (Copies mailed to defendant and furnished USA,USM,USPTS,USPO.) | | | | |
| 9-30-98 | 154  Government's **amended answer** to court's Order to respond to Amended Motion under 28 U.S.C. § 2255. Referred to Magistrate Judge Coody/Anderson. | | | | |
| 4-5-00 | 166  Defendant's writ of mandamus pursuant to FRCP 21 (a) and 28 USC 1651. Referred to Magistrate Judge Coody/Anderson. | | | | |
| 4-19-00 | 167  Magistrate Judge Coody's **RECOMMENDATION** that the defendant's 2255 motion be denied and **ORDER** directing parties to file any objections to the recommendation within a period of 13 days from the date of mailing to them. (Copies mailed to defendant; furnished USA, USM,USPTS,USPO.) | | | | |
| 5-10-00 | 170  ORDER adopting the Recommendation of the Magistrate Judge; denying defendant's motion for relief pursuant ot 28 U.S.C. § 2255. (Copies furnished to USA, PO, PTSO, Civil Clerk; mailed to defendant.) EOD 5/10/00 | | | | |

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | NORTHE: |
| CRIMINAL DOCKET   U.S. vs ADRIAN TALLEY | | 94-001 |
| AO 256A | | Yr.   Dock |

| DATE | PROCEEDINGS (continued)   P14 (Document No.) | V. EXCLUDAf (a) \| (b) |
|---|---|---|
| 5-22-00 | 171   Pro Se **Notice of Appeal** by Adrian Talley from the final order denying petitioners' §2255 motion entered in this action 5/10/00. (Copies mailed to Petitioner & USCA, 11th Circuit, USA.) | |
| 5-22-00 | 171   Pro Se **Motion** for issuance of a certificate of appealability, & **Motion** to proceed on Appeal in forma pauperis. referred to Judge Albritton. | |
| 5-22-00 | Notice of Appeal docketed & transmitted to USCA, 11th Cir.; re: [171-1] appeal. | |
| 5-23-00 | 172 **ORDER** denying [171-1] Motion for issuance of certificate of appealability, denying [171-2] Motion to proceed on appeal in forma pauperis. Copies mailed. | |
| 5-30-00 | USCA CASE #00-12705-J; Re: ]171-1] appeal. | |
| 6-7-00 | Pursuant to Fed.R.App.P. 22(b) and 24(a), Apellant may within thirty-five (35) days from this date either pay the $100 docket fee plus $5 filing fee (total $105) to the clerk of the district court or you may move in the USCA for leave to proceed on appeal as a pauper. If neither the fee nor the motion and affidavit is received within thirty-five (35) days, this appeal may be dismissed without further notice pursuant to 11th Cir. R. 42-1(b). USCA, 11th Cir. [00-12705-J] | |
| 7/11/00 | Original Papers sent to USCA, Eleventh Circuit per their request of 7/10/00. | |
| 7/19/00 | Received acknowledgement of receipt of original papers from USCA, Eleventh Circuit. | |
| 8/28/00 | 173   Received certified copy of ORDER (entered 8/25/00, is issued in lieu of the mandate) of the U.S. Court of Appeals, Eleventh Circuit, DENYING appellant's motion for a certificate of appealability because appellant has failed to make a substantial showing of the denial of a constitutional right, DENYING AS MOOT Appellant's motion for leave to proceed on appeal in forma pauperis. (Signed by Circuit Judge Frank M. Hull) [00-12705-J] | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 8-28-00 | Entire Court File (Original Papers) returned from USCA, 11th Cir. | |
| 6/27/07 | 180 NON_COMPLIANCE SUMMARY directing that the Court concurs with the Probation Officer's Recommendation. | |
| 10/22/07 | 181 Non-compliance Summary that the court concurs with the probation officer's recommendation. (Copy furnished to USPO) | |

p15

Interval   Start Date   Ltr.   Total